THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STOCK EXCHANGE BUILDING COMPANY, Appellant, *v.* JACOB A. CANTOR et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Tax — certiorari — review of assessment for taxation of real property.*

*People ex rel. New York Stock Exch. Bldg. Co.* v. *Cantor*, 221 App. Div. 193, affirmed.

(Argued April 3, 1928; decided May 1, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1927, which dismissed a writ of certiorari and reversed an order of Special Term reducing an assessment on real property of the relator in the borough of Manhattan for purposes of taxation for the year 1921. Relator

contended that the assessment should be set aside for overvaluation and inequality.

*John W. Davis, Roland L. Redmond, Samuel P. Gilman* and *William F. Unger* for appellant.

*George P. Nicholson, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.